Dismissed and Memorandum Opinion filed January 31, 2008








Dismissed
and Memorandum Opinion filed January 31, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00026-CR

____________

 

RODNEY WAYNE SMITH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

Harris County, Texas

Trial Court Cause No. 335645

 



 

M E M O R A N D U M   O P I N I O N

In the
trial court, appellant filed a petition for an order compelling discovery.  The
trial court granted this petition.  The State moved for new trial.  On
September 6, 2007, the trial court entered an order rescinding its previous
order and denying appellant=s petition for an order compelling discovery.  Appellant did
not file a timely motion for new trial.  Appellant filed an untimely request
for findings of fact and conclusions of law on October 26, 2007. Appellant=s notice of appeal was not filed
until December 31, 2007.








A
defendant=s notice of appeal must be filed within thirty days after sentence is
imposed, or other appealable order is signed, when the defendant has not filed
a motion for new trial.  See Tex.
R. App. P. 26.2(a)(1).  A notice of appeal that complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App.
1998).  If an appeal is not timely perfected, a court of appeals does not
obtain jurisdiction to address the merits of the appeal.  Under those
circumstances it can take no action other than to dismiss the appeal.  Id.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
31, 2008.

Panel consists of Justices Yates, Guzman, and Brown.

Do Not Publish C Tex. R. App. P.
47.2(b).